No. 85–1746.   MARGULIS v. MILLER ET AL.   C. A. 9th Cir. Certiorari denied.

No. 85–1757.   AZIMA v. FLORIDA DEPARTMENT OF PROFESSIONAL REGULATION, BOARD OF MEDICAL EXAMINERS.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 85–1764.   BUCK v. KANSAS.   Ct. App. Kan.   Certiorari denied.

No. 85–1769.   PROCTOR ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 85–1771.   LeCOUNT v. BETHLEHEM STEEL CORP. ET AL. C. A. 7th Cir.   Certiorari denied.

No. 85–1775.   MACURDY v. DAUER ET AL.   C. A. 3d Cir. Certiorari denied.

No. 85–1776.   HOLDING v. SOVRAN BANK.   Cir. Ct. Powhatan County, Va.   Certiorari denied.

No. 85–1781.   FOTLAND ET AL. v. COMMISSIONER OF PATENTS AND TRADEMARKS.   C. A. Fed. Cir.   Certiorari denied.

No. 85–1812.   DEUTSCH v. NEW MEXICO.   Ct. App. N. M. Certiorari denied.

No. 85–1836.   CHEHADE v. SHEHADE.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 85–1872.   COOK v. PETER KIEWIT SON'S CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–1879.   MURPHY v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 85–1880.   KEPLINGER ET AL. v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.